**FILED**
**DECEMBER 11, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Jose Banks
#22652-424
Metropolitan Correctional Center
71 West Van Buren
Unit 19F

08CR688-1
USA - V - Banks

Honorable Judge Cole,

My name is Jose Banks, I have a criminal matter that sits before you. Mr. Barnett stepped up as my attorney of record. I had a miscommunication that we just recently resolved. I do not want legal counsel of Mr. Barnett due to us not being on the same page. My family members have contacted Mr. Barnett and he agrees to return a $5000 deposit as long as he will not be forced to remain on my case.
This is a mutual agreement. I've spoken to a Mr. Kling who has agreed to represent me. Unfortunately at this time finances are a major issue due to forfeiture status. I would like this Honorable court to allow Mr. Barnett to step down as my legal counsel effective immediately and return my deposit to a designated family member of whom I've already chosen.
I would then request a court appointment of Attorney Mr. Kling. It is to my understanding that I must be present for both of these actions. Can you please writ me into court a.s.a.p to resolve this matter and have Attorney Kling given any and all documents pertaining to my case. Your prompt attention to this matter is greatly appreciated.

      Thank You.

*Jose Banks*  12-08-08
 Jose Banks   Date

LEGAL MAIL

Jose Banks #22652-424
Metropolitan Correctional Center
71 W. Van Buren
Chicago, IL. 60605

CHICAGO IL 606
09 DEC 2008 PM 01

Jeffrey Cole, U.S. Magistrate Judge
219 S. Dearborn [Dirksen Building]
Room # 1838
Chicago, IL., 60605